■ SALLY ANN BLAZYNSKI et al., Appellants, v A. GARELECK & SONS, INC., et al., Respondents, et al., Defendants. (Appeal No. 2.) [849 NYS2d 864]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered August 3, 2006 in a personal injury action. The order denied the motion of

plaintiffs for leave to renew their opposition to the motions for summary judgment of defendants A. Gareleck & Sons, Inc., Thomas Industries, Inc. and Genlyte Thomas Group LLC.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Blazynski v A. Gareleck & Sons, Inc.* (48 AD3d 1168 [2008]). Present—Scudder, P.J., Smith, Centra, Lunn and Peradotto, JJ.